IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHRISTOPHER JONES**                                                     **PETITIONER**

**V.**                          **NO. 1:20-CV-00147-GHD-RP**

**STATE OF MISSISSIPPI**                                             **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondent's motion [9] to dismiss is **GRANTED**, and the instant habeas corpus petition is hereby **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED** this, the 25th day of March, 2020.

_____
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**